Honorable Karen L. Strombom
Noted: December 23, 2005

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAROL WISNER,

Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation,

Defendant.

NO: C05-5364KLS

ORDER GRANTING FORD MOTOR COMPANY'S MOTION FOR CHANGE OF TRIAL AND RELATED DATES

THIS MATTER, comes before this Court upon the Ford Motor Company's Motion for a Continuance of Trial and Related Dates. The plaintiff has not filed any opposition to the motion although the defendant has advised the court that the plaintiff does not agree with the motion. The Court has considered the Defendant's motion and, has read and considered the files and records herein;

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

And the Court being fully advised herein;

IT IS HEREBY ORDERED that the Ford Motor Company's Motion to Continue Trial and Related Dates is GRANTED. A new Order Setting Trial and Pretrial Schedules will be issued.

DATED this 29th day of December, 2005.

___s/ Karen L. Strombom________
The Honorable Karen L. Strombom

Presented by:

MILLS MEYERS SWARTLING
Attorneys for Ford Motor Company

By: /s/ Raymond S. Weber_______
David D. Swartling, WSBA 6907
Raymond S. Weber, WSBA 18207
Caryn Geraghty Jorgensen, WSBA 27514
Mills Meyers Swartling
1000 Second Avenue, 30th Floor
Seattle, WA 98104
Telephone: 206-382-1000
Fax: 206-386-7343
Email:dswartling@mms-seattle.com
rweber@mms-seattle.com
cjorgensen@mms-seattle.com

ORDER GRANTING FORD'S MOTION FOR CHANGE OF TRIAL AND RELATED DATES
(NO. C05-5364KLS)- 2

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on December 14, 2005, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system which will send notification of such filing to all counsel of record.

Signed at Seattle, Washington on ___________, 2005.

_________________________________
Linda McIntosh Wheeler

ORDER GRANTING FORD'S MOTION FOR CHANGE OF TRIAL AND RELATED DATES
(NO. C05-5364KLS)- 3

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343