1

2

3                                                     Honorable Karen L. Strombom

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                  AT TACOMA

10

CAROL WISNER,
11
                        Plaintiff,                 NO:  C05-5364KLS
12   v.
                                                   STIPULATION AND ORDER OF
13   FORD MOTOR COMPANY, a Delaware                DISMISSAL
     corporation,
14
                        Defendant.
15

16                                **STIPULATION**

17       All of the parties, acting by and through their undersigned attorneys of record,

18   hereby stipulate that plaintiff's claims against defendant be dismissed with prejudice

19   and without costs, and that the subjoined order of dismissal shall be entered forthwith.

20   //

21   //

22

23   STIPULATION AND ORDER OF DISMISSAL            LAW OFFICES OF
     (NO. C05-5364KLS)- 1                          **MILLS MEYERS SWARTLING**
                                                   1000 SECOND AVENUE, 30TH FLOOR
24                                                 SEATTLE, WASHINGTON 98104-1064
                                                   TELEPHONE (206) 382-1000
                                                   FACSIMILE (206) 386-7343
25

26

1

2    Dated this 14th day of February 2006.      DATED this 23rd day of February 2006.

3    SSTRITMATTER KESSLER WHELAN         MILLS MEYERS SWARTLING
     WITHEY COLUCCIO                     Attorneys for Ford Motor Company
4    Attorneys for Plaintiff

5

6    By:  (original signed)              By:     (original signed)
         Peter O'Neil, WSBA 28198               David D. Swartling, WSBA 6907
7        Michael Withey, WSBA #4787             Raymond S. Weber, WSBA 18207
         200 Second Avenue                      Mills Meyers Swartling
8        Seattle, WA  98119                     1000 Second Avenue, 30th Floor
         Telephone: 206-448-1777                Seattle, WA  98104
9        peter@skwwc.com                        Telephone: 206-382-1000
         mike@skwwc.com                         dswartling@mms-seattle.com
10                                              rweber@mms-seattle.com

11                              ORDER

12        THIS MATTER having come before the undersigned Judge based upon the

13   foregoing stipulation and the Court having reviewed the files and records herein and

14   deeming itself fully advised,

15        NOW THEREFORE, it is hereby ordered that plaintiff's claims are dismissed

16   with prejudice and without costs to any party.

17        DATED this 23rd day of February, 2006

18

19   Karen L. Strombom
     United States Magistrate Judge
20

21

22   Presented by:

23   STIPULATION AND ORDER OF DISMISSAL                    LAW OFFICES OF
     (NO. C05-5364KLS)- 2                          MILLS MEYERS SWARTLING
                                                   1000 SECOND AVENUE, 30TH FLOOR
24                                                 SEATTLE, WASHINGTON 98104-1064
                                                   TELEPHONE (206) 382-1000
                                                   FACSIMILE (206) 386-7343
25

26

1

2   MILLS MEYERS SWARTLING
    Attorneys for Ford Motor Company
3

4

5

6   By:    __(original signed)__
           David D. Swartling
           WSBA No.: 6972
7          Raymond S. Weber
           WSBA No.: 18207
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   STIPULATION AND ORDER OF DISMISSAL
     (NO. C05-5364KLS)- 3
24

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343